# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 13

In the Interest of R.S.

William Pryatel, M.D.,                              Petitioner and Appellee

       v.

R.S.,                                      Respondent and Appellant

### No. 20230410

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Nicholas D. Thornton, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant Attorney General, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1]   R.S. appeals from a district court order continuing his treatment at the North Dakota State Hospital. R.S. argues the court erred by finding the record presented clear and convincing evidence he is mentally ill and a person requiring treatment.

[¶2]   In mental health commitment cases we apply the clearly erroneous standard of review to factual findings made by the district court. *See In re Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403. We conclude the district court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr